**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 935 MAL 2014
:
              Respondent : 
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. :
:
:
:
LARRY L. BURDEN JR., :
:
             Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.